IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYREESE WILLIAMS          :          CIVIL ACTION
                          :
        v.                :          No. 09-4995
                          :
COMMONWEALTH OF           :
PENNSYLVANIA, et al.      :

## ORDER

**Juan R. Sánchez, J.**                                    **April 22, 2010**

AND NOW, this 22nd day of April, 2010, it is ORDERED Petitioner Tyreese Williams's

objections to the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski

are OVERRULED.

It is further ORDERED the R&R of United States Magistrate Judge Lynne A. Sitarski is

ADOPTED. Williams's Petition for Writ of Habeas Corpus is DISMISSED without prejudice. No

grounds warrant a certificate of appealability.


BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, J.